UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN BEDOXA OSOMIO,

              Petitioner,

v.

WARDEN,

              Respondent.

No. 1:26-cv-03433-DJC-AC

ORDER

Petitioner filed a Petition for Writ of Habeas Corpus. (ECF No. 1.) Petitioner sought release from detention by ICE on the basis that the Government improperly imposed mandatory detention provisions on him. Based on the information therein the Court ordered a response from Respondent.

Respondent has now informed the Court that after filing his Petition, Petitioner agreed to voluntarily depart the United States. (ECF No. 5-2.) As such, Petitioner is no longer entitled to relief on the basis identified in the Petition.

1

Accordingly, Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED.[1]  The Clerk of Court is directed to close this action.  This Order resolves all pending Motions.

IT IS SO ORDERED.

Dated:   **May 12, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1] This Order does not preclude Petitioner from seeking relief on different grounds in a separate petition.

2